O’MALLEY, Circuit Judge,
with whom WALLACH and STOLL, Circuit Judges,
join, concurring in the denial of the petition for rehearing en banc.
This is a companion appeal to Merck & Cie v. Gnosis S.p.A., 808 F.3d 829 (Fed.Cir.2015). Petitioner South Alabama Medical Science Foundation “seeks en banc rehearing for the same reasons addressed” by Merck & Cie in its petition for rehearing. Pet. for Reh’g 3. I therefore concur in the denial of rehearing en banc for the same reasons stated in my concurrence in the companion appeal. See Merck & Cie v. Gnosis S.p.A., No. 2014-1779, 820 F.3d 432, 2016 WL 1695852 (Fed.Cir.2016 Apr. 26, 2016) (O’Malley, J., concurring in denial of rehearing en banc).